IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the matter of:<br><br>CASSANDRA R. SILMON<br>AKA CASSANDRA VAUGHN<br><br><br>Debtor | In proceedings under<br>Chapter 13<br>Case No. 10-37804<br><br>Judge JOHN H. SQUIRES |

### NOTICE OF ELECTRONIC FILING
### AND CERTIFICATION OF SERVICE BY MAIL

  **PLEASE TAKE NOTICE** that a *Response to Notice of Payment of Final Mortgage Cure Amount* in the above captioned matter has been electronically filed on October 28, 2011 with the U.S. Bankruptcy Court for NORTHERN District of Illinois and served electronically upon the following parties:

                */s/ Timothy R. Yueill*
               By: Timothy R. Yueill, Esq.

**Served upon the following parties electronically:**
ZALUTSKY & PINSKI, LTD, 20 N. CLARK ST., STE 600, CHICAGO, IL 60602 - Counsel for Debtor
MARILYN MARSHALL, 224 SOUTH MICHIGAN, STE 800, Chicago, IL 60604 - Trustee
PATRICK S. LAYNG, 219 S. DEARBORN ST., ROOM 873, CHICAGO, IL 60604 – U.S. Trustee
**and served upon the following parties by mail:**
CASSANDRA R. SILMON AKA CASSANDRA VAUGHN, P.O. BOX 934, BELLWOOD, IL 60104 - Debtor
CHARLES SILMON, PO BOX 934, BELLWOOD, IL 60104 – Co-Debtor

### Certification of Service
  I, the undersigned, an attorney, hereby certified that I have served a copy of this Notice along with the attached Response upon the parties listed above, as to the Trustees and Debtor's counsel via electronic through ECF on October 28, 2011, and as to the Debtors by causing same to be mailed in a properly addressed envelope, postage prepaid, in the U.S. Mail Chute at 175 North Franklin, Chicago, Illinois, before the hour of 5:00 p.m., on October 28, 2011.

                By: */s/ Timothy R. Yueill*

**LAW OFFICES OF IRA T. NEVEL, LLC**
Ira T. Nevel - ARDC #06185808
Timothy R. Yueill - ARDC #6192172
Greg Elsnic - ARDC #6242847
Michelle R. Ratledge - ARDC #6281560
Lauren Lukoff - ARDC #6297069
175 North Franklin
Suite 201
Chicago, Illinois 60606
(312) 357-1125

  **THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the matter of:<br><br>CASSANDRA R. SILMON<br>AKA CASSANDRA VAUGHN<br><br>         Debtor | In proceedings under<br>Chapter 13<br>Case No. 10-37804<br><br>Judge JOHN H. SQUIRES |

### RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

NOW COMES DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPT4, ASSET-BACKED CERTIFICATES, SERIES 2005-OPT4, BY American Home Mortgage Servicing, Inc, through its counsel, LAW OFFICES OF IRA T. NEVEL, LLC and in Response to the Trustee's *Notice of Payment of Final Mortgage Cure*, states as follows:

1. Respondent acknowledges that its Proof of Claim filed herein on December 17, 2010 as Claim 9-1 with reference to account No. 3842, has been satisfied in full pursuant to the Trustee's disbursements through the Plan.

2. Respondent objects to treating the mortgage at issue as reinstated and fully current as the debtor has not made timely post petition mortgage payments.

3. That as of the approximate date of the Notice, the Debtor was post petition due for June 2011 with $274.89 then held in suspense as insufficient to apply. (Copy of payment history dated 8/23/11 is attached hereto as Ex. A).

4. That since such date, four (4) additional payments were received through October 19, 2011, specifically: Check #1184 $100.00; Check#1189 $200.00; Check # 1195 $400.00; and Check# 2035 $200.00. That based on the application of said payments, the Debtors were post petition due for July 2011 through October 2011 ($4571.32) with $32.06 then held in suspense as insufficient to apply. Post petition payments are $1142.83.

Law Offices of Ira T. Nevel, LLC

*/s/ Timothy R. Yueill*
By: Timothy R. Yueill, Esq.
Counsel for DEUTSCHE BANK NATIONAL TRUST CO.

**LAW OFFICES OF IRA T. NEVEL, LLC**
175 North Franklin
Suite 201
Chicago, Illinois 60606
(312) 357-1125